AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **5:24-CV-00351-JKP-HJB**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **PRIORITY CONTRACTING AND ROOFING LLC**
was recieved by me on  **4/24/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Karina garua**, who is designated by law to accept service of process on behalf of **PRIORITY CONTRACTING AND ROOFING LLC** at **1420 W. Mockingbird Ln 540, Dallas, TX 75247** on **04/25/2024 at 2:25 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:  04/25/2024

*Server's signature*

**Godson Egeonu**
*Printed name and title*

**2112 LakeBend Dr**
**Irving, TX 75060**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Karina garua who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**




Tracking #: **0130935395**