IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARK ORTEGA,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> **PRIORITY CONTRACTING AND ROOFING LLC** d/b/a PRIORITY ROOFING <br><br> *Defendant,* | Case No. 5:24-cv-351-JKP-HJB |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO CONDUCT CLASS CERTIFICATION DISCOVERY PRIOR TO ENTRY OF FINAL JUDGMENT

The Court has reviewed the Plaintiff's motion for leave to conduct class certification discovery prior to entry of final judgment. Upon consideration of that motion, the Court grants Plaintiff the right to conduct class certification discovery by serving subpoenas on Defendant's officer and registered agent, Will Miller, to obtain call logs and to identify any third party, including any franchisee of Defendant, telephone service provider, or third-party marketing vendor, that has access to information regarding Defendant's TCPA violations. The Court also grants Plaintiff the right to serve subpoena on the third parties that have been identified through discovery.

IT IS SO ORDERED.

DATED: _____  _____
United States District Judge