UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ORTEGA, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | SA-24-CV-351-JKP (HJB) |
| PRIORITY CONTRACTING AND ROOFING LLC, d/b/a Priority Roofing, | § § § § | |
| Defendant. | § § | |

## ORDER SETTING VIDEO HEARING

Before the Court is Plaintiff's Motion for Leave to Conduct Class Certification Discovery Prior to Entry of Final Judgment.  (Docket Entry 10).   Pretrial and scheduling matters in this case have been re-referred to the undersigned pursuant to 28 U.S.C. § 636(b).   (*See* Docket Entry 11.)

It is hereby **ORDERED** that Plaintiff's motion (Docket Entry 10) is set for a hearing on **June 31, 2024**, at **1:30 P.M.**  The hearing will be held by video teleconference using the Zoom video platform.   On the designated date and time of the hearing, the parties are directed to join ZOOMGOV meeting, at the following address:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the hearing**, that their video teleconference equipment is functioning and properly connects with the Court's system.   Parties having any difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

The U.S. Clerk is directed to mail a copy of this Order by U.S. Certified Mail and Regular Mail to Defendant at the address provided by Plaintiff in his motion.   (*See* Docket Entry 10, at 6.)

**SIGNED** on June 12, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge