UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ORTEGA, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-351-JKP (HJB) |
| PRIORITY CONTRACTING AND ROOFING LLC, d/b/a Priority Roofing, | § § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Conduct Class Certification Discovery Prior to Entry of Final Judgment. (Docket Entry 10). Pretrial and scheduling matters in this case have been re-referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 11.)

The Court held a hearing on Plaintiff's motion on July 31, 2024. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

(1) Plaintiff's Motion for Leave to Conduct Class Certification Discovery Prior to Entry of Final Judgment (Docket Entry 10) is **GRANTED**.

(2) Class certification discovery must be completed **by October 31, 2024**.

(3) Plaintiff must file any motion for class certification **by December 2, 2024**.

**SIGNED** on August 1, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge