IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARK ORTEGA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**PRIORITY CONTRACTING AND ROOFING LLC** d/b/a PRIORITY ROOFING<br><br>*Defendant,* | Case No. 5:24-cv-351-JKP-HJB |

### [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO VACATE CLERK'S ENTRY OF DEFAULT AND AUGUST 1ST DISCOVERY ORDER

Before the Court is Defendant's Opposed Rule 60(b) Motion to Vacate Clerk's Entry of Default and August 1st Discovery Order (ECF No. 15). Having considered the Motion, Plaintiff's Response in Opposition, the relevant pleadings, and the applicable law, the Court **ORDERS** as follows:

**IT IS ORDERED** that Defendant's Motion to Vacate Clerk's Entry of Default and August 1st Discovery Order is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk's Entry of Default and the August 1st Discovery Order remain in full force and effect.

SIGNED this ____ day of _____, 2024.

_____
Judge Henry J. Bempora