UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ORTEGA, Individually and on Behalf of All Others Similarly Situated, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | SA-24-CV-351-JKP (HJB) |
| PRIORITY CONTRACTING AND ROOFING LLC, d/b/a Priority Roofing, | | |
| Defendant. | | |

**ORDER SETTING VIDEO HEARING**

Before the Court is Defendant's Opposed Rule 60(b) Motion to Vacate Clerk's Entry of Default and August 1st Discovery Deadline (Docket Entry 15), Defendant's Opposed Motion to Quash Subpoena (Docket Entry 16), and Defendant's Motion for Expedited Consideration of Defendant's Rule 60(b) Motino to Vacate Clerk's Entry of Default and August 1st Discovery Order and Motion to Quash (Docket Entry 17).  Pretrial and scheduling matters in this case have been re-referred to the undersigned pursuant to 28 U.S.C. § 636(b).  (*See* Docket Entry 11.)

It is hereby **ORDERED** that Defendant's motions (Docket Entries 15, 16, and 17) are set for a hearing on **November 14, 2024**, at **1:30 P.M.**  The hearing will be held by video teleconference using the Zoom video platform.  On the designated date and time of the hearing, the parties are directed to join the ZOOMGOV using the following credentials:

  https://txwd-uscourts.zoomgov.com/j/16126018188
  Meeting ID: 161 2601 8188

The parties are responsible for ensuring, **in advance of the hearing**, that their video teleconference equipment is functioning and properly connects with the Court's system.  Parties experiencing any technical difficulties should contact Courtroom Deputy Cindy Miranda at

cindy_miranda@txwd.uscourts.gov.

**SIGNED** on September 23, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge