UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ORTEGA, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | SA-24-CV-351-JKP (HJB) |
| PRIORITY CONTRACTING AND ROOFING LLC, d/b/a Priority Roofing, | § § § § § | |
| Defendant. | § § | |

**ORDER RESETTING VIDEO HEARING**

It is hereby **ORDERED** that the Video Hearing on January 13, 2025, is <u>reset</u> to **January 14, 2025**, at **2:30 p.m.** (*See* Docket Entry 28.) The hearing will be held by video teleconference using the Zoom video platform. On the designated date and time of the hearing, the parties are directed to join the ZOOMGOV using the following credentials:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the hearing**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties experiencing any technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on November 14, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge