**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**MARK ORTEGA, INDIVIDUALLY**
**AND ON BEHALF OF ALL OTHERS**
**SIMILARLY SITUATED;**

*Plaintiff*                                                            Case No. SA-24-CV-00351-JKP

**v**

**PRIORITY CONTRACTING AND**
**ROOFING LLC,**
*Defendant*

**ORDER GRANTING JOINT STIPULATION AND**
**MOTION TO DISMISS WITH PREJUDICE**

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. *ECF No. 30*. The Court GRANTS the Joint Stipulation and Motion and dismisses this action with prejudice. In accordance with Federal Rule of Civil Procedure 41(a) and the terms of the Proposed Order, it is ORDERED all causes of action asserted by any party and any potential causes of action related to this matter are DISMISSED with prejudice**.**

IT IS FURTHER ORDERED any pending motions are DENIED as moot.

IT IS FURTHER ORDERED all costs and attorneys' fees shall be paid by the party incurring them.

The Court DIRECTS the Clerk of Court to close the case.

It is so ORDERED.
SIGNED this 13th day of December, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE